# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 17-06302 et al. |
| Sherrie V. Wilks | Chapter: 13 |
| AND ATTACHED LIST OF CASES | Judge Jack B. Schmetterer |

## AGREED SUBSTITUTION OF ATTORNEY

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Grant Simmons formerly with Codilis & Associates, P.C., hereby agrees that ATTORNEY Joel P. Fonferko, Codilis & Associates, P.C. hereby substitutes in and appears as counsel for the Various Creditors in the case above and on the attached list of cases. Grant Simmons formerly of Codilis & Associates, P.C. withdraws their appearance from the case and the parties agree as follows:

| COUNSEL APPEARANCE WITHDRAWN: | COUNSEL SUBSTITUTING AND APPEARING: |
|---|---|
| Grant Simmons | Joel P. Fonferko |
| formerly Codilis & Associates, P.C. | Codilis & Associates, P.C. |
| 15W030 North Frontage Road, Suite 100 | 15W030 North Frontage Road, Suite 100 |
| Burr Ridge, IL 60527 | Burr Ridge, IL 60527 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

AGREED TO BY BOTH PARTIES:

/s/ Grant Simmons                                    /s/ Joel P. Fonferko

RESPECTFULLY SUBMITTED,

/s/ Joel P. Fonferko

May 18, 2021

NOTE: This law firm is a debt collector.

Attached List of Cases:

| BK Case # | Debtor(s) |
| --- | --- |
| 17-06302 | Sherrie V. Wilks |
| 17-06699 | Brandon Klein |
| 17-07320 | Bernard Edward Davis, III and Teresa Naomi-Marie Davis |
| 17-07448 | Rene Rodriguez |
| 17-07983 | Leslie J Korabik and Heide Regina Gruenert-Korabik |
| 17-08846 | Danny William Shick and Sonda Latricia Shick |
| 17-08925 | Sara Michelle Wuest |
| 17-08972 | Margaret Chrismon-Lanton |
| 17-09139 | Michael Leonard Weitxel and Phoebe Eileen Weitzel |
| 17-09391 | Robert Carry Scroggins |
| 17-09722 | Angelo Tsagalis and Julie Tsagalis |
| 17-09590 | Renee D Gibson |
| 17-10142 | Reynaldo Marchan |
| 17-10157 | Joel Martinez |
| 17-10362 | Maria D. Flores |
| 17-11415 | Polly A. Mark-Stephens |
| 17-12015 | Pamela Williams |
| 17-12113 | William Laboy |
| 17-14030 | Daniel Kurt Lasson and Cheryl A Lasson |
| 17-14929 | Katherine S. Cook |
| 17-15314 | Creed D Finner |
| 17-15782 | Angela Merrell |
| 17-15887 | Charlotte Jenkins |
| 17-16182 | Lawrence Loggins |
| 17-16726 | Moses Heredia and Jayne C. Bautista |
| 17-17017 | Antonia D Katsaros |
| 17-17250 | Willie Davis |
| 17-17487 | Miguel Padilla |
| 17-17536 | Eric Zigman and Deborah Zigman |
| 17-17651 | Florence I Edmon |
| 17-17748 | James Brown and Fannie Brown |

| | |
|---|---|
| 17-17942 | Vincent I Rose |
| 17-17946 | Dianne D. Wallace |
| 17-19008 | John Samuel Preus and Megan Christine Cummins |
| 17-19262 | Rachel Sonia Birkenfeld |
| 17-19269 | Walter Paul Albrecht and Kathleen Albrecht |
| 17-19346 | Adoria Webb |
| 17-19554 | Aleida C Correa |
| 17-19977 | Howard Tompson |
| 17-20871 | Sherman Martin |
| 17-21517 | Darius Romone Grant and Keisha Latrece Grant |
| 17-22396 | Linda Hughes |
| 17-23226 | Jeffrey John Ezerski and Catherine Ann Zelek |
| 17-23303 | Joseph S. Choat |
| 17-23332 | Ramara A. Vassel |
| 17-23531 | Boguslawa Chyrka |
| 17-23735 | Charles E Grimm and Lori A Grimm |
| 17-23759 | Dirk B Wolgast and Janice K Wolgast |
| 17-23861 | Bernardino Hurtado Garcia |
| 17-24288 | Ronald Jerome Johnson, Jr. |